# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

Clifford W. Taylor,
Chief Justice

133734

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SKY REACH, INC.,
            Plaintiff-Appellee,

v                                                   SC: 133734
                                                    COA: 268546
                                                    Macomb CC: 2003-005461-CH

BLUE LINE ELECTRIC, INC., d/b/a
BLUE LINE GENERATOR SALES &
SERVICE, INC., and WYANDOTTE
ELECTRIC SUPPLY COMPANY, INC.,
            Defendants-Appellees,

and

WAL-MART STORES, INC., WILLIS
COROON, AGREE LIMITED PARTNERSHIP,
STANDARD FEDERAL BANK, and R.
MCCRACKEN CORPORATION,
            Defendants,

and

THE LASALLE GROUP,
            Defendant-Appellant,

and

DOUGLAS PHLETCHER,
            Third-Party Defendant.

_____/

On order of the Court, the application for leave to appeal the November 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007

_____
                Clerk

s0723